UTICA,
August, 1822.

M'CONKEY
v.
GLEN.

</div>

<div align="center">Motion denied.</div>

---

<div align="center">

M'CONKEY *against* GLEN.

</div>

SACIA, moved to set aside a writ of *capias ad respondendum,* because it was returnable *the first day of the present term,* at the *Capitol in the city of Albany.* He insisted that the writ was void, and could not be amended.(*a*)

*D. Cady,* contra, moved to amend.

*Curia.* The process is voidable—not void, and may be amended. This is like the case of process returnable *before us,*(*b*) which is amendable, though the statute is equally strict in that respect as this, in requiring a specifick form.

<div align="right">

A *cap. ad.
resp.* returnable at a wrong place is amendable.

(*a*) *Sell.Pr.* 82.
5 *East,* 291.
*Caines' Pr.* 5
1 *R. L.* 312,
19, *s.* 2, 3.
9 *John.* 386.
4 *id.* 309.
2 *id.* 190.
*Col. Cas.* 85.

</div>

<div align="center">Motion to amend granted.</div>

(*b*) Vid. *Morrell* v. *Waggoner,* 5 *John. Rep.* 433.